Karla Davis
3/14/18
X6741

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 14 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Mario Cordova-HEREDIA (HEREDIA),<br><br>Defendant. | Case No.: **18MJ1210**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about March 14, 2018, within the Southern District of California, defendant, Mario Cordova-HEREDIA, did knowingly and intentionally import 400 grams and more, to wit: approximately 2.24 kilograms (4.93 pounds), of a mixture or substance containing a detectable amount of fentanyl, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about March 14, 2018, within the Southern District of California, defendant, Mario HEREDIA, did knowingly and intentionally import 500 grams and more, to wit: approximately 2.18 kilograms (4.80 pounds), of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 3

On or about March 14, 2018, within the Southern District of California, defendant, Mario HEREDIA, did knowingly and intentionally import 1 kilogram and more, to wit: approximately 3.46 kilograms (7.61 pounds), of a mixture or substance containing a detectable amount of heroin a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 4

On or about March 14, 2018, within the Southern District of California, defendant, Mario HEREDIA, did knowingly and intentionally import 500 grams and more, to wit: approximately 11.50 kilograms (25.30 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent MIKE CRIM
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th day of March, 2018.

BERNARD G. SKOMAL
U.S. MAGISTRATE JUDGE

United States of America
vs.
Mario HEREDIA

## PROBABLE CAUSE STATEMENT

I, Special Agent Mike Crim, declare under penalty of perjury, the following is true and correct:

On March 14, 2018, at approximately 2:21 a.m., driver Mario Cordova-HEREDIA (HEREDIA), a United States citizen, attempted to enter the United States at the Otay Mesa, California, Port of Entry (POE) via vehicle lane 5 in a black Acura TL sedan bearing a California/U.S. license plate.

A Customs and Border Protection (CBP) Officer (CBPO 1) encountered HEREDIA in his vehicle at the primary booth of lane 5 where he asked HEREDIA routine questions regarding his origin, destination, purpose of travel, duration of travel and vehicle ownership and registration details related to the vehicle he occupied. A CBP Canine Enforcement Officer (CEO) used his canine to screen HEREDIA's vehicle. The canine alerted to the rear seat area of HEREDIA's vehicle. Cursory inspection of HEREDIA's vehicle revealed packages hidden in a non-factory compartment behind the rear seat rest. CBPO 1 removed HEREDIA from the vehicle and handcuffed him. HEREDIA was escorted to the security office area of the POE. CBPO 1 drove HEREDIA's vehicle through a Z-portal

drive-through inspection system where it was subjected to an X-ray-type scan. This scan revealed anomalous objects concealed behind the rear seat rest.

CBPO 1 was assigned to conduct an intensive secondary inspection of HEREDIA's vehicle, during which he found eight packages concealed in the vehicle. A presumptive chemical field test of each of the eight packages resulted in a positive indication of the presence of the properties of fentanyl in two packages, cocaine in two of the packages, heroin in two of the packages and methamphetamine in the remaining two packages.

At approximately 6:10 a.m., ICE/HSI Special Agents Mike Crim and Vic Estebanes interviewed HEREDIA. HEREDIA agreed to waive his Constitutional rights under Miranda and speak with the officers. During the interview HEREDIA admitted he was to receive approximately $3,000 to bring the narcotics concealed within his car into the United States of America. HEREDIA stated that he participated in this smuggling incident because he needed the money.

HEREDIA was arrested and charged with violation(s) of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance.

Executed on March 14, 2018 at 11:30 a.m.

Mike Crim, Special Agent, HSI
U.S. Immigration & Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of three (3) pages, I find probable cause to believe the defendant, Mario HEREDIA, named in this probable cause statement, committed the offense on March 14, 2018, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

_____          _____
Honorable Bernard J. Skomal                    Date/Time
United States Magistrate Judge